**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| McClure Enterprises, Inc., | ) | No. CIV 05-3491-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| General Insurance Company of America, | ) | |
| Defendant. | ) | |

Having considered the request of Defendant General Insurance Company of America to allow its party representative to appear telephonically at the Rule 16 Preliminary Pretrial Conference on October 10, 2006, at 4:00 p.m. before this Court [Dkt.12], and for good cause shown,

**IT IS ORDERED** that Defendant General Insurance Company of America's party representative may appear telephonically at the October 10th Rule 16 Conference. General Insurance Company of America's representative shall call the Court on a clear telephone line at 3:55 p.m. Mountain Standard Time at 602-322-7555.

DATED this 2nd day of October, 2006.

*[signature]*
Stephen M. McNamee
United States District Judge