**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| McClure Enterprises, Inc., | ) | No. CIV 05-3491-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| General Insurance Company of America, | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' Stipulation for Extension of Time to Respond to Plaintiff's First Partial Motion for Summary Judgment. [Doc. No. 21]  Good cause appearing,

**IT IS ORDERED** the parties' Stipulation for Extension of Time to Respond to Plaintiff's First Partial Motion for Summary Judgment [Doc. No. 21] is **GRANTED**. Defendant General Insurance Company of America shall have through **February 7, 2007** to respond to McClure Enterprises' First Partial Motion for Summary Judgment Regarding Liability for Fraud and Racketeering.

DATED this 27th day of December, 2006.

_Stephen M. McNamee_
Stephen M. McNamee
United States District Judge