**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| McClure Enterprises, Inc., | ) | No. CIV 05-3491-PHX-SMM |
| Plaintiff, | )<br>) | **ORDER** |
| v. | )<br>) | |
| General Insurance Company of America, | )<br>) | |
| Defendant. | )<br>) | |
| | ) | |

Pending before the Court is the parties' Stipulation for Extension of Time to File Plaintiff's Reply in Support of its First Partial Motion for Summary Judgment and Response to Defendants' First Cross-Motion for Partial Summary Judgment. [Doc. No. 25] Good cause appearing,

**IT IS ORDERED** the parties' Stipulation [Doc. No. 25] is **GRANTED**. Plaintiff shall file their reply in support of the First Motion for Partial Summary Judgment re: Liability for Fraud and Racketeering by **March 5, 2007.**

**IT IS FURTHER ORDERED** that Plaintiff shall file their response to Defendants' First Cross-Motion for Partial Summary Judgment by **March 5, 2007.**

DATED this 20th day of February, 2007.

Stephen M. McNamee
United States District Judge