**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| McClure Enterprises, Inc., | ) | No. CIV 05-3491-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| General Insurance Company of America, | ) | |
| Defendant. | ) | |

Pending before the Court is the parties' Stipulation for Extension of Time to Reply to Plaintiff's Response to Defendant's Cross-Motion for Partial Summary Judgment. [Doc. No. 29]  Good cause appearing,

**IT IS ORDERED** the parties' Stipulation [Doc. No. 29] is **GRANTED**.  Defendant shall reply to Defendant's cross-motion for summary judgment by **April 5, 2007.**

DATED this 9th day of March, 2007.

Stephen M. McNamee
United States District Judge