**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| McCLURE ENTERPRISES, INC., an Arizona corporation, | No. CIV 05-3491-PHX-SMM |
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION OF TIME FOR PARTIES TO DISCLOSE EXPERT WITNESSES** |
| GENERAL INSURANCE COMPANY OF AMERICA, | |
| Defendant. | |

Based upon the foregoing Stipulation (Dkt. 36) and for good cause appearing,

**IT IS HEREBY ORDERED** granting Plaintiff McClure Enterprises, Inc. an extension of time to submit its expert witness disclosure pursuant to Rule 26(A)(2)(B) until October 31, 2007 and for Defendant GICA to submit its expert witness disclosure pursuant to Rule 26(A)(2)(B) until March 7, 2008.

DATED this 1st day of November, 2007.

Stephen M. McNamee
United States District Judge