**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| McCLURE ENTERPRISES, INC., an Arizona corporation,<br><br>        Plaintiff,<br><br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA,<br><br>        Defendant. | No. CIV 05-3491-PHX-SMM<br><br>**ORDER** |

Before the Court is Defendant's motion to compel disclosure of preliminary expert opinion (Dkt. 40), to which Plaintiff responded (Dkt. 43) and Defendant replied (Dkt. 44). The Scheduling Order in this case included the following directive:

> **IT IS FURTHER ORDERED** that, **in the event of a discovery dispute, the parties shall contact the Court to request a telephonic conference prior to filing any discovery motions.** The parties shall not contact the Court regarding a discovery dispute unless they have been unable to resolve the dispute themselves, despite personal consultation and sincere efforts to do so. The parties shall not file any written materials related to a discovery dispute or discovery motion without express leave of Court. If the Court does order written submissions, the movant shall include a statement certifying that counsel could not satisfactorily resolve the matter despite personal consultation and sincere

efforts to do so, in accordance with LRCiv 7.2(j) of the Rules of Practice of the United States District Court for the District of Arizona.

(Dkt. 17, Scheduling Order dated Oct. 10, 2006, at 4 (emphasis original).)

The parties did not request a telephonic conference prior to the filing of Defendant's motion, nor did the Court grant leave to file written materials. Accordingly,

**IT IS HEREBY ORDERED** denying Defendant General Insurance Company of America, Inc.'s motion to compel (Dkt. 40).

DATED this 17th day of January, 2008.

Stephen M. McNamee
United States District Judge

- 2 -