**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| McClure Enterprises, Inc., | No. CV-05-3491-PHX-SMM |
| Plaintiff, | **ORDER** |
| v. |  |
| General Insurance Company of America, |  |
| Defendant. |  |

Upon the Motion for Withdrawal of Co-Counsel George A. Pena (Dkt. 70), filed by co-counsel for Plaintiff McClure Enterprises, Inc. George A. Pena, and good cause appearing,

**IT IS HEREBY ORDERED** granting the Motion for Withdrawal of Co-Counsel George A. Pena (Dkt. 70);

**IT IS FURTHER ORDERED** that George A. Pena is hereby withdrawn as counsel for Plaintiff McClure Enterprises, Inc. in this action.

DATED this 22nd day of February, 2008.

Stephen M. McNamee
United States District Judge