**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| McCLURE ENTERPRISES, INC., an Arizona corporation,<br><br>            Plaintiff,<br><br>v.<br><br>GENERAL INSURANCE COMPANY OF AMERICA,<br><br>            Defendant. | No. CIV 05-3491-PHX-SMM<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for Reconsideration of Denial of First Motion for Partial Summary Judgment (Dkt. 78). Plaintiff asserts that the motion is sanctioned by Local Rule 7.2(g) because Plaintiff has secured unexpected testimony. (Dkt. 78, Mot. for Reconsideration 2:3-7.) Plaintiff fails to show why these new facts could not have been brought to the Court's attention earlier with reasonable diligence, nor does it point out with specificity the reasons why these facts were not presented earlier. LRCiv 7.2(g)(1). Failure to provide these critical pieces of information constitutes grounds for denial of Plaintiff's motion. Id.

Accordingly,

**IT IS HEREBY ORDERED** denying Plaintiff McClure Enterprises, Inc.'s Motion for Reconsideration of Denial of First Motion for Partial Summary Judgment (Dkt. 78).

DATED this 10th day of April, 2008.

Stephen M. McNamee
United States District Judge

- 2 -