**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| McClure Enterprises, Inc., ) | No. CV-05-3491-PHX-SMM |
| Plaintiff, ) | **ORDER** |
| v. ) |  |
| General Insurance Company of America, ) |  |
| Defendant. ) |  |

Pursuant to the parties' Stipulation for Extension of Time to Respond to Defendant GICA's Motion to Exclude Plaintiff's Expert Witness on Damages Under Rule 702 of the Federal Rules of Evidence (Dkt. 83), and good cause appearing,

**IT IS HEREBY ORDERED** extending Plaintiff's response deadline to Defendant GICA's Motion to Exclude Plaintiff's Expert Witness on Damages Under Rule 702 of the Federal Rules of Evidence from April 21, 2008 to **April 28, 2008**.

**IT IS FURTHER ORDERED** that this extension shall not affect time limits or deadlines on any other aspect of the briefing schedule.

DATED this 22nd day of April, 2008.

Stephen M. McNamee
United States District Judge